UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| KEVIN DICKSON, JR., | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | No.: 3:08-cv-223 |
| | ) | (VARLAN/GUYTON) |
| SEVIER COUNTY SHERIFF'S DEPARTMENT, et al., | ) | |
| *Defendants*. | ) | |

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

  s/ *Patricia L. McNutt*
   CLERK OF COURT